IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

JOHANNA RIPPEY, as Court Appointed
Guardian For Minor Children, M.T., T.T.,
A.M., Surviving Children of Crystal
Thompson, and THE ESTATE OF
CRYSTAL THOMPSON, Charlotte
Bryant, Personal Representative,

    Plaintiffs

v.                                                              4:11-CV-044-RLY-DML

MIKE DEATRICK, et al

    Defendants

## STIPULATION OF DISMISSAL

It is stipulated by and between the parties hereto that all matters in controversy in the above-entitled cause of action, including all claims contained in the Complaint, have been fully compromised and settled and that the Plaintiff has received from the Defendants the sum heretofore agreed upon in full settlement thereof.

It is further stipulated that the parties shall pay their own costs.

It is therefore stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice.

| | |
|---|---|
| /s/ Jasper D. Ward | /s/ R. Jeffrey Lowe |
| Jasper D. Ward | R. Jeffrey Lowe |
| Jones Ward, PLC | Kightlinger & Gray, LLP |
| 312 S. Fourth Street, 6th Fl. | 3620 Blackiston Boulevard, Suite 200 |
| Louisville, KY 40202 | New Albany, Indiana 47150 |
| jasper@jonesward.com | jlowe@k-glaw.com |
| *Counsel for Plaintiffs* | *Counsel for the Harrison County Defendants* |

101252 / 1671077-1

| | |
|---|---|
| /s/ James Bleeke | /s/ Thomas L. Davis |
| Carol A. Dillon | Thomas L. Davis |
| Christopher Simpkins | Frost Brown Todd |
| James Bleeke | P.O. Box 44961 |
| Bleeke, Dillon & Crandall | Indianapolis, IN 46244 |
| 8470 Allison Pointe Blvd., Suite 420 | tdavis@fbtlaw.com |
| Indianapolis, IN 46250 | *Counsel for Walmart* |
| carol@bleekedilloncrandall.com | |
| Christopher@bleekedilloncrandall.com | |
| james@bleekedilloncrandall.com | |
| *Counsel for Advanced Correctional Healthcare* | |

KIGHTLINGER & GRAY, LLP

By:  s/ R. Jeffrey Lowe
R. Jeffrey Lowe
Counsel for Harrison County Government, Harrison County Sheriff's Office, Mike Deatrick, Rodney "Rod" Seeyle, James Mabon, Andrew Morton, Sheila Fluhr, Ross Timberlake, Matthew Puckett, Gerald Leon Price, Jennifer Morton, Nathan Wayne Banet, Chris Walden, Jason Harrell, Nathan Simpson, Patricia Loretta Laswell, and Christel Scholtz

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2012, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and/or U.S. Mail. Parties may access this filing through the Court's system.

Jasper D. Ward
Jones Ward, PLC
312 S. Fourth Street, 6th Fl.
Louisville, KY 40202
jasper@jonesward.com
*Counsel for Plaintiffs*

Carol A. Dillon
Christopher Simpkins
James Bleeke
Bleeke, Dillon & Crandall
8470 Allison Pointe Blvd., Suite 420
Indianapolis, IN 46250
carol@bleekedilloncrandall.com
Christopher@bleekedilloncrandall.com
james@bleekedilloncrandall.com

101252 / 1671077-1

*Counsel for Advanced Correctional Healthcare*

Thomas L. Davis
Frost Brown Todd
P. O. Box 44961
Indianapolis, IN 46244
tdavis@fbtlaw.com
*Counsel for Walmart*

                                              s/R. Jeffrey Lowe_____
                                              R. Jeffrey Lowe

KIGHTLINGER & GRAY, LLP.
BONTERRA BUILDING, SUITE 200
3620 BLACKISTON BOULEVARD
NEW ALBANY, IN 47150
Phone:   812-949-2300
Fax:       812-949-8556
jlowe@k-glaw.com

101252 / 1671077-1