IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

JOHANNA RIPPEY, as Court Appointed
Guardian For Minor Children, M.T., T.T.,
A.M., Surviving Children of Crystal
Thompson, and THE ESTATE OF
CRYSTAL THOMPSON, Charlotte
Bryant, Personal Representative,

    Plaintiffs

v.                                     4:11-CV-044-RLY-DML

MIKE DEATRICK, et al

    Defendants

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

ORDERED by the Court that this cause be and the same hereby is dismissed with prejudice, the parties to pay their own costs.

SO ORDERED this _____ day of _____, 2012.

                                        _____
                                        JUDGE – UNITED STATES DISTRICT COURT
                                        Southern District of Indiana – New Albany Div.

Order Tendered By:

    R. Jeffrey Lowe
    KIGHTLINGER & GRAY, LLP
    Bonterra Building, Suite 200
    3620 Blackiston Boulevard
    New Albany, IN 47150
    jlowe@k-glaw.com
    (812) 949-2300

101252 / 1138791-1

Jasper D. Ward
Jones Ward, PLC
312 S. Fourth Street, 6th Fl.
Louisville, KY 40202
jasper@jonesward.com

Carol A. Dillon
Christopher Simpkins
James Bleeke
Bleeke, Dillon & Crandall
8470 Allison Pointe Blvd.
Suite 420
Indianapolis, IN 46250
carol@bleekedilloncrandall.com
Christopher@bleekedilloncrandall.com
james@bleekedilloncrandall.com

Thomas L. Davis
Frost Brown Todd
P. O. Box 44961
Indianapolis, IN 46244
tdavis@fbtlaw.com
Counsel for Walmart